IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS EBORKA,<br><br>          Plaintiff,<br><br>vs.<br><br>JACI GUSTAFSON,<br><br>          Defendant. | 8:25-CV-253<br><br>ORDER |

The plaintiff has filed a "motion for reconsideration" that was apparently intended for the Eighth Circuit. Filing 37. His case is closed in this Court and, as the Eighth Circuit has not issued its mandate, jurisdiction remains there. *See Carlson v. Hyundai Motor Co.*, 222 F.3d 1044, 1045 (8th Cir. 2000). The plaintiff should not be filing anything else here. Accordingly,

1. The Clerk of the Court is directed to terminate Filing 37 as a motion event and forward copies of Filing 37 and this order to the Clerk of Court for the U.S. Court of Appeals for the Eighth Circuit.

2. The Clerk of the Court is directed to terminate the plaintiff's electronic filing access in this case.

Dated this 30th day of June, 2025.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Senior United States District Judge